IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD TAYBORN**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #127843**

V.　　　　　　　　　NO. 4:25-cv-00485-JM-ERE

**RICKETTS,** *et al*.　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**　　**Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.**　　**Discussion:**

*Pro se* plaintiff Reginald Tayborn, an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Tayborn's complaint alleges that, because of the conditions of his cell, in March 2025, he slipped and fell, causing him to suffer foot and head injuries. He explains that Defendants Earl, Ricketts, and Reed were aware of the unsafe conditions of his

cell, but acted with deliberate indifference to his safety by allowing him to be remain housed in the unsafe and overly crowded cell. Mr. Tayborn sues Deputy/Assistant Warden Ricketts, Director/Head Warden Earl, Director/Head Warden Jackson, and Chief Deputy Director Marshall Reed in both their individual and official capacities seeking money damages.[1]

On May 29, 2025, Mr. Tayborn filed a motion to voluntarily dismiss his complaint. *Doc. 5*. For good cause, the motion should be granted.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Tayborn's motion to voluntarily dismiss his complaint (*Doc. 5*) be GRANTED.

2. Mr. Tayborn's complaint be DISMISSED, without prejudice.

3. The Clerk be instructed to close this case.

Dated 2 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Mr. Tayborn's original complaint was deficient, on May 20, 2025, the Court provided Mr. Tayborn an opportunity to file an amended complaint to clarify his constitutional claims. *Doc. 4*.